1    I am GUILLERMO ZAMBRANO's attorney. I have carefully discussed

2    every part of this stipulation and the continuance of the trial date

3    with my client. I have fully informed my client of his Speedy Trial

4    rights. To my knowledge, my client understands those rights and

5    agrees to waive them. I believe that my client's decision to give up

6    the right to be brought to trial earlier than October 21, 2025, is an

7    informed and voluntary one.

8    _____          8/9/24
                                              _____
9    JOHN TARGOWSKI                           Date
     Attorney for Defendant
10   GUILLERMO ZAMBRANO

11

12    I have read this stipulation and have carefully discussed it

13   with my attorney. I understand my Speedy Trial rights. I voluntarily

14   agree to the continuance of the trial date, and give up my right to

15   be brought to trial earlier than October 21, 2025. I understand that

16   I will be ordered to appear in Courtroom 8C of the Federal

17   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18   2025 at 8:30 a.m.

19   Guillermo Ortir                          08-09-24
     _____          _____
20   GUILLERMO ZAMBRANO                        Date
     Defendant

21

22              CERTIFICATION OF INTERPRETER

23    I, _____, am fluent in the written and spoken

24   English and Spanish languages. I accurately translated this entire

25   agreement from English into Spanish to defendant GUILLERMO ZAMBRANO

26   on this date.

27   Self interpreter
     _____          _____
28   INTERPRETER                               Date

                        11