1      I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed

2   every part of this stipulation and the continuance of the trial date

3   with my client. I have fully informed my client of his Speedy Trial

4   rights.  To my knowledge, my client understands those rights and

5   agrees to waive them.  I believe that my client's decision to give up

6   the right to be brought to trial earlier than October 21, 2025 is an

7   informed and voluntary one.

8

9   ROBERT BERNSTEIN                              8/9/24
                                           Date
    Attorney for Defendant
10  VIDAL LICON-ROBLES

11

12     I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

    agree to the continuance of the trial date, and give up my right to
14
    be brought to trial earlier than October 21, 2025.  I understand that
15
    I will be ordered to appear in Courtroom 8C of the Federal
16
    Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
    2025 at 8:30 a.m.
18

19  VIDAL LICON-ROBLES                            8/9/24
                                           Date
20  Defendant

21

22  **CERTIFICATION OF INTERPRETER**

       I, _____, am fluent in the written and spoken
23
    English and Spanish languages.  I accurately translated this entire
24
    agreement from English into Spanish to defendant VIDAL LICON-ROBLES
25
    on this date.          N/A
26

27  _____          _____
    INTERPRETER                              Date
28

                             19