E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5735
    Facsimile: (213) 894-0142
    Cell:     (213) 500-9369
    E-mail:  julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00524(A)-DMG |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE(S) AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| EDGAR JOEL MARTINEZ-REYES ET AL., | |
| Defendants. | **CURRENT TRIAL DATES:** **11/5/24; 3/25/2025** **PROPOSED TRIAL DATE:** **5/19/2025** |

Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California and Assistant United States Attorney Julie J. Shemitz, and
defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both
individually and by and through his counsel of record, Zaura
Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through
his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE,
both individually and by and through his counsel of record, Victor

Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and through his counsel of record, Robert M. Helfend; PANYU ZHAO, both individually and by and through his counsel of record, Louis J. Shapiro; RAUL CONTRERAS, individually, and by and through his counsel of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by and through his counsel of record, John Targowski; LUIS BELANDRIA-CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both individually and by and through his counsel of record, Michael D. Walsh; JIAYUNG YU, both individually, and by and through his counsel of record, Jonathan Perliss; XIAOLEI YE, both individually, and by and through his counsel of record, Edward M. Robinson; XUANYI MU ("MU"), both individually and by and through his counsel of record, Donald M. Matson; SHOU YANG, individually, and by and through his counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both individually, and by and through his counsel of record,    OSCAR EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-ROBLES"), both individually and by and through his counsel of record, Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA, individually, and by and through his counsel of record, Peter Johnson; JOSE ANTONIO PARDO, individually, and by and through his counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually, and by and through his counsel of record, Kevin Gres, hereby stipulate as follows:

1.    On April 4, 2024, a grand jury for the Central District of California returned first superseding indictment as to both <u>United States v. Zhang, et al.</u> and <u>United States v. Martinez-Reyes, et al.</u> Initial appearance and arraignment for defendant CHENGWU HE has been set for August 22, 2024.

2.    The Speedy Trial Act, 18 U.S.C. § 3161, requires that the trial commence on or before August 20, 2024.

3.    Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this district.

4.    All defendants who have appeared in this district have been released on bond pending trial.

5.    The parties estimate that the trial in this matter will last approximately three weeks.  All defendants are joined for trial and a severance has not been granted.

6.    By this stipulation, the parties move to continue the trial date to and the status conference to October 21, 2025 and the status conference to October 8, 2025.

7.    Defendants request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

    a.    Counsel for defendants represent that they have various prior obligations and trial conflicts as set out in Exhibit A hereto. Counsel for defendants also represent that additional time is necessary to confer with their defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions,

review the discovery and potential evidence in the case, and prepare

for trial in the event that a pretrial resolution does not occur.

Defense counsel represent that failure to grant the continuance would

deny them reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.

b.    Defendants believe that failure to grant the

continuance will deny them continuity of counsel and adequate

representation.

c.    The government does not object to the continuance.

d.    The requested continuance is not based on congestion

of the Court's calendar, lack of diligent preparation on the part of

the attorney for the government or the defense, or failure on the

part of the attorney for the Government to obtain available

witnesses.

8.    For purposes of computing the date under the Speedy Trial

Act by which defendants' trial must commence, the parties agree that

the time period of January 2, 2024 to October 21, 2025, inclusive,

should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

(h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

continuance granted by the Court at defendants' request, without

government objection, on the basis of the Court's finding that:

(i) the ends of justice served by the continuance outweigh the best

interest of the public and defendant in a speedy trial; (ii) failure

to grant the continuance would be likely to make a continuation of

the proceeding impossible, or result in a miscarriage of justice; and

(iii) failure to grant the continuance would unreasonably deny

defendant continuity of counsel and would deny defense counsel the

1  reasonable time necessary for effective preparation, taking into

2  account the exercise of due diligence.

3      9.    Nothing in this stipulation shall preclude a finding that

4  other provisions of the Speedy Trial Act dictate that additional time

5  periods be excluded from the period within which trial must commence.

6  Moreover, the same provisions and/or other provisions of the Speedy

7  Trial Act may in the future authorize the exclusion of additional

8  time periods from the period within which trial must commence.

9      IT IS SO STIPULATED.
   Dated: August 5, 2024              Respectfully submitted,
10

11                                    E. MARTIN ESTRADA
                                      United States Attorney
12
                                      MACK E. JENKINS
                                      Assistant United States Attorney
13                                    Chief, Criminal Division

14

15             _____/s/_____
                                      JULIE J. SHEMITZ
16                                    Assistant United States Attorney

                                      Attorneys for Plaintiff
17                                    UNITED STATES OF AMERICA

18

19

20      I am EDGAR MARTINEZ-REYES's attorney.  I have carefully

21  discussed every part of this stipulation and the continuance of the

22  trial date with my client. I have fully informed my client of his

23  Speedy Trial rights.  To my knowledge, my client understands those

24  rights and agrees to waive them.  I believe that my client's decision

25  to give up the right to be brought to trial earlier than _____

26  is an informed and voluntary one.

27  _____          _____
    ZAIRA VILLAGOMEZ                            Date
28

Attorney for Defendant
EDGAR MARTINEZ-REYES

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

EDGAR MARTINEZ-REYES                         Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES on this date.

INTERPRETER                                  Date

1       I am SAI ZHANG's attorney. I have carefully discussed every

2   part of this stipulation and the continuance of the trial date with

3   my client. I have fully informed my client of his Speedy Trial

4   rights. To my knowledge, my client understands those rights and

5   agrees to waive them. I believe that my client's decision to give up

6   the right to be brought to trial earlier than October 21, 2025 is an

7   informed and voluntary one.

8

    RUEVEN L. COHEN                       Date

9       YOUNGBIN SON

    Attorneys for Defendant

10  SAI ZHANG

11

12

    This agreement has been read to me in Mandarin, the language I

13

understand best, and I have carefully discussed every part of it with

14

my attorney. I understand my Speedy Trial rights. I voluntarily

15

agree to the continuance of the trial date and give up my right to be

16

brought to trial earlier than October 21, 2025. I understand that I

17

will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

18

90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

19

20      SAI ZHANG                          Date

    Defendant

21

22  **CERTIFICATION OF INTERPRETER**

    I, _____, am fluent in the written and spoken

23

English and Mandarin languages. I accurately translated this entire

24

agreement from English into Mandarin to defendant SAI ZHANG on this

25

date.

26

27      INTERPRETER                      Date

28

I am BERNARDO MAUBERIS's attorney.  I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025, is an
informed and voluntary one.

_____          _____
ROBERT M. HELFEND                         Date
Attorney for Defendant
BERNARDO MAUBERIS


I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_____          _____
BERNARDO MAUBERIS                         Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant BERNARDO MAUBERIS on
this date.

INTERPRETER _____    Date _____

    I am PANYU ZHAO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

LOUIS J. SHAPIRO _____    Date _____
Attorney for Defendant
PANYU ZHAO

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

PANYU ZHAO _____    Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

---
INTERPRETER                                    Date

    I am RAUL CONTRERAS's attorney.  I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025, is an
informed and voluntary one.

---
CHARLES C. BROWN                               Date
Attorney for Defendant
RAUL CONTRERAS

    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

---
RAUL CONTRERAS                                 Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken
English and Spanish languages. I accurately translated this entire
agreement from English into Spanish to defendant RAUL CONTRERAS on
this date.

_____    _____
INTERPRETER                                          Date

    I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025, is an
informed and voluntary one.

_____    _____
JOHN TARGOWSKI                                      Date
Attorney for Defendant
GUILLERMO ZAMBRANO


    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_____    _____
GUILLERMO ZAMBRANO                                  Date
Defendant


### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant GUILLERMO ZAMBRANO
on this date.

INTERPRETER _____    Date _____

    I am HANG SU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

MICHAEL D. WALSH _____    Date _____
Attorney for Defendant
HANG SU


    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

HANG SU _____    Date _____
Defendant


### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant HANG SU on this date.

12

1   I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2   discussed every part of this stipulation and the continuance of the

3   trial date with my client. I have fully informed my client of his

4   Speedy Trial rights.  To my knowledge, my client understands those

5   rights and agrees to waive them.  I believe that my client's decision

6   to give up the right to be brought to trial earlier than October 21,

7   2025 is an informed and voluntary one.

8   _____        _____
    MATTHEW J. LOMBARD                          Date
9   Attorney for Defendant
    OSCAR EDUARDO MAYORGA
10

11

12   I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____        _____
    OSCAR EDUARDO MAYORGA                        Date
20  Defendant

21

22                        **CERTIFICATION OF INTERPRETER**

23   I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27  _____        _____
    INTERPRETER                                  Date
28
                                    18

1   I, _____, am fluent in the written and spoken

2 English and Mandarin languages.  I accurately translated this entire

3 agreement from English into Mandarin to defendant SHOU YANG on this

4 date.

5

  _____  _____

6 INTERPRETER          Date

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

agreement from English into Mandarin to defendant XUANYI MU on this
date.

_____                    _____
INTERPRETER                                     Date


     I am SHOU YANG's attorney.  I have carefully discussed every
part of this stipulation and the continuance of the trial date with
my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025 is an
informed and voluntary one.

_____                    _____
SHOU YANG                                       Date
Attorney for Defendant
ROBERT C. HSU


     I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_____                    _____
SHOU YANG                                       Date
Defendant


## CERTIFICATION OF INTERPRETER

INTERPRETER _____        Date _____

    I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

DONALD J. MATSON _____        Date _____
Attorney for Defendant
XUANYI MU

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

XUANYI MU _____        Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire

15

INTERPRETER                                    Date

I am XIAOLEI YE's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

EDWARD M. ROBINSON                             Date
BRIAN ARTHUR ROBINSON
Attorneys for Defendant
XIAOLEI YE

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

XIAOLEI YE                                     Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant XIAOLEI YE on this date.

14

INTERPRETER _____    Date _____

I am JIAYONG YU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

JONATHON PERLISS _____    Date _____
Attorney for Defendant
JIAYONG YU

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

JIAYONG YU _____    Date _____
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

13

I am VICTOR RODRIGUEZ-TRUJILLO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____          _____
EDVIN S. FLORES                                        Date
Attorney for Defendant
VICTOR RODRIGUEZ-TRUJILLO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
VICTOR RODRIGUEZ-TRUJILLO                   Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant VICTOR RODRIGUEZ-TRUJILLO on this date.

_____          _____
INTERPRETER                                          Date

19

1    I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed

2   every part of this stipulation and the continuance of the trial date

3   with my client. I have fully informed my client of his Speedy Trial

4   rights.  To my knowledge, my client understands those rights and

5   agrees to waive them.  I believe that my client's decision to give up

6   the right to be brought to trial earlier than October 21, 2025 is an

7   informed and voluntary one.

8   _____        _____
    ROBERT BERNSTEIN                         Date
9   Attorney for Defendant
    VIDAL LICON-ROBLES
10

11
        I have read this stipulation and have carefully discussed it
12
    with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
    agree to the continuance of the trial date, and give up my right to
14
    be brought to trial earlier than October 21, 2025.  I understand that
15
    I will be ordered to appear in Courtroom 8C of the Federal
16
    Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
    2025 at 8:30 a.m.
18

19  _____        _____
    VIDAL LICON-ROBLES                       Date
20  Defendant

21

22                       **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant VIDAL LICON-ROBLES

26  on this date.

27  _____        _____
    INTERPRETER                              Date
28

1    I am LEOPOLDO BERNAL's attorney.  I have carefully discussed
2  every part of this stipulation and the continuance of the trial date
3  with my client. I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8  _____        _____
   ANTHONY M. SOLIS                         Date
9  Attorney for Defendant
   LEOPOLDO BERNAL
10

11    I have read this stipulation and have carefully discussed it
12  with my attorney. I understand my Speedy Trial rights.  I voluntarily
13  agree to the continuance of the trial date, and give up my right to
14  be brought to trial earlier than October 21, 2025.  I understand that
15  I will be ordered to appear in Courtroom 8C of the Federal
16  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17  2025 at 8:30 a.m.
18

19  _____        _____
   LEOPOLDO BERNAL                          Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken
24  English and Spanish languages.  I accurately translated this entire
25  agreement from English into Spanish to defendant LEOPOLDO BERNAL on
26  this date.

27  _____        _____
   INTERPRETER                              Date
28

1  I am JULIO ALEXANDER CABRERA's attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____          _____
   PETER JOHNSON                                Date
9  Attorney for Defendant
   JULIO ALEXANDER CABRERA
10

11
12  I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

    agree to the continuance of the trial date, and give up my right to
14
    be brought to trial earlier than October 21, 2025.  I understand that
15
    I will be ordered to appear in Courtroom 8C of the Federal
16
    Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
    2025 at 8:30 a.m.
18

19  _____          _____
    JULIO ALEXANDER CABRERA                      Date
20  Defendant

21

22                   **CERTIFICATION OF INTERPRETER**

23  I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

    agreement from English into Spanish to defendant JULIO ALEXANDER
25
    CABRERA on this date.
26

27  _____          _____
    INTERPRETER                                  Date
28

I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____        _____
MICHAEL S. CHERNIS                 Date
Attorney for Defendant
JOSE ANTONIO PARDO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
JOSE ANTONIO PARDO                 Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant JOSE ANTONIO PARDO on this date.

_____        _____
INTERPRETER                        Date

1

2      I am JIANDE ZHOU's attorney.  I have carefully discussed every

3  part of this stipulation and the continuance of the trial date with

4  my client. I have fully informed my client of his Speedy Trial

5  rights.  To my knowledge, my client understands those rights and

6  agrees to waive them.  I believe that my client's decision to give up

7  the right to be brought to trial earlier than October 21, 2025 is an

8  informed and voluntary one.

9  _____          _____8/9/24_____

   JIANDE ZHOU                                Date
10 Attorney for Defendant
   KEVIN D. GRES
11

12

13     I have read this stipulation and have carefully discussed it

14 with my attorney. I understand my Speedy Trial rights.  I voluntarily

15 agree to the continuance of the trial date, and give up my right to

16 be brought to trial earlier than October 21, 2025.  I understand that

17 I will be ordered to appear in Courtroom 8C of the Federal

18 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19 2025 at 8:30 a.m.

20 _____          _____8/9/2024_____

   JIANDE ZHOU                                Date
21 Defendant

22

23                     **CERTIFICATION OF INTERPRETER**

24     I, __Yanyan Liu__, am fluent in the written and spoken

25 English and Mandarin languages.  I accurately translated this entire

26 agreement from English into Mandarin to defendant JIANDE ZHOUon this

27 date.

28

INTERPRETER

08/09/2024

Date