|   |   |   |
|---|---|---|
| 1 | I am SAI ZHANG's attorney.  I have carefully discussed every |   |
| 2 | part of this stipulation and the continuance of the trial date with |   |
| 3 | my client. I have fully informed my client of his Speedy Trial |   |
| 4 | rights.  To my knowledge, my client understands those rights and |   |
| 5 | agrees to waive them.  I believe that my client's decision to give up |   |
| 6 | the right to be brought to trial earlier than October 21, 2025 is an |   |
| 7 | informed and voluntary one. |   |

_/s/ R. Cohen_____     8/7/2024
RUEVEN L. COHEN                         Date
YOUNGBIN SON
Attorneys for Defendant
SAI ZHANG

    This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

DocuSigned by:
_Sai Zhang_____     8/7/2024
SAI ZHANG                               Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, ___Yanyan Liu_____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant SAI ZHANG on this date.

_yanyan liu_____     08/07/2024
INTERPRETER                             Date

7