_____    _____
INTERPRETER                            Date

    I am JIAYONG YU's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

*/s/ [signed]*                                   8/8/2024
_____    _____
JONATHON PERLISS                       Date
Attorney for Defendant
JIAYONG YU


    This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

*Jiayong Yu*                                    8/8/2024
_____    _____
JIAYONG YU                             Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, _Fei Han_, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

13

*Fei Han*                                                          08/08/2024
INTERPRETER                                                        Date

I am XIAOLEI YE's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____                    _____
EDWARD M. ROBINSON                                   Date
BRIAN ARTHUR ROBINSON
Attorneys for Defendant
XIAOLEI YE


This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

_____                    _____
XIAOLEI YE                                           Date
Defendant

**CERTIFICATION OF INTERPRETER**

I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant XIAOLEI YE on this date.

14